US DISTRICT COURT
WESTERN DIST ARKANSAS
**FILED**
12/18/2023

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>KENNETH WAYNE SMITH<br>*Defendant* | ) ) ) ) ) )   Case No.   6:23CR 60040-001 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: December 18, 2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

TRAVIS JEREMY MORRISSEY
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. SUSAN HICKEY, CHIEF U.S. District Judge
*Judge's printed name and title*