IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:23CR 6:23-CR-60040-001 |
| | ) |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| KENNETH WAYNE SMITH | ) 21 U.S.C. § 841(b)(1)(C) |
| | ) 21 U.S.C. § 856(a)(1) |

## INFORMATION

The United States Attorney Charges:

### COUNT ONE

On or about August 3, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **KENNETH WAYNE SMITH,** knowingly and intentionally distributed a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

Beginning on an unknown dated, but at least as early as April 13, 2023, and continuing until on or about August 23, 2023, in the Western District of Arkansas, Hot Springs Division, the Defendant, **KENNETH WAYNE SMITH,** did knowingly, intentionally, and unlawfully use and maintain real property located in Perla, Arkansas, for the purpose of distributing and using methamphetamine and cocaine, both controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(1).

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR  72901
Telephone: (479) 494-4080
E-mail: bryan.achorn@usdoj.gov

Digitally signed by BRYAN ACHORN
Date: 2023.12.18 09:44:41 -06'00'

2