IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              Target Letter

KENNETH WAYNE SMITH                                                DEFENDANT

### O R D E R

On Kenneth Wayne Smith, the Defendant was sworn in and a financial affidavit completed. The Court determined that Mr. Smith was in need of counsel to represent him regarding this Target Letter.

Accordingly, the Court appoints Travis Morrissey from of Hot Springs, Arkansas, to represent Defendant. Mr. Morrissey will represent the Defendant until further Order of this Court.

**Dated** this **1st day of December, 2023.**

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE