IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRIMINAL NO. 6:23cr60040-001        USA vs. KENNETH WAYNE SMITH

COURT PERSONNEL:        DEFENDANT'S COUNSEL

JUDGE: Susan O. Hickey        Travis J. Morrissey
(Name)

MAGISTRATE: _____        on file
(Street Address or P.O. Box)

CLERK: Robin Gray        _____
(City, State, Zip Code)

RECORDER: Jodi Wade        _____
(Telephone Number)

GOVERNMENT: Bryan Achorn        ☐ RET   ☐ FPD   ☐ WV   ☑ CJA

INTERPRETER: _____

☐ OATH TO INTERPRETER

### INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:       ☐ Initial Appearance       ☑ Arraignment and Plea
☑ Charges:   ☐ Magistrate Complaint   ☑ Information   ☐ Indictment   ☐ Superseding
☐ Rule 5 - District and case number: _____
☐ Petition on probation/supervised release
☑ Level of Offense:   ☐ Petty   ☐ Misdemeanor   ☑ Felony
☑ Defendant Appeared:   ☑ With counsel   ☐ Without counsel
☐ Waiver of Counsel executed and filed
☑ CJA 23 (financial affidavit) executed
☑ Counsel Appointed
☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate counsel
☐ Inquiry made regarding defendant's ability to read/write English language
☐ Inquiry made that defendant does not suffer from mental disease or disorder and is able to comprehend proceedings
☑ Inquiry made that defendant is not under influence of alcohol/drugs and is able to comprehend proceedings
☑ Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings
☐ Court finds that the defendant is the person named in Rule 5 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

☑ Defendant informed of rights
☑ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
☑ Waiver of indictment executed and filed
☑ Information filed
☐ Indictment read          ☐ substance of charge stated
☑ Information read         ☑ substance of charge stated
☐ Complaint read           ☐ substance of charge stated
☐ Defendant waived reading of:  ☐ indictment  ☐ information  ☐ complaint
☐ Rule 11(e) plea agreement disclosed on record and filed
☑ Plea agreement disclosed on record and filed.

DEFENDANT'S PLEA:
☐ Not guilty to count(s) _____
☑ Guilty to count(s)  1 and 2 of the Information.
☐ Nolo contendere to count(s) _____
☐ Court entered plea of not guilty for defendant

SCHEDULE SETTING:
☐ Preliminary hearing: _____
☐ Detention hearing: _____
☐ Revocation hearing: _____
☐ Trial Date: _____
☐ Sentencing Date: _____
☑ Sentencing deferred pending preparation of presentence report

MOTION DEADLINE:
☐ Defendant directed to file Rule 16 discovery motions with _____ days
☐ Government directed to file responses to motions and file its Rule 16 discovery motions within _____ days
☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within _____ days after government responses

BOND set at  $5,000.00 Unsecured.
☐ Defendant released on present bond
☑ Defendant to make bond and be released
☐ Defendant remanded to custody of  the United States Marshals Service.

SPECIAL CONDITIONS OF RELEASE:
☑ Pretrial supervision as directed by the U.S. Probation Office
☑ Order Setting Conditions of Release.

Proceedings began: 11:48 a.m.
           ended: 12:21 a.m.

DATE:  December 18, 2023

2