UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. DOCKET NO. 6:23CR60040 | |
| KENNETH WAYNE SMITH | DEFENDANT |

**MOTION TO EXTEND DEADLINE TO PREPARE RESPONSE
TO PRE-SENTENCE INVESTIGATION REPORT**

Comes now the Defendant, by and through his counsel, Travis J. Morrissey of the Morrissey Law Firm; and, for this Motion to Extend the Deadline to Respond to the Pre-Sentence Investigation Report prepared on February 1, 2024, he humbly states to this Honorable Court the following:

1. That the Pre-Sentence Investigation Report was prepared on February 1 and the Response to same is due today, February 15, 2024.

2. That this attorney has made multiple attempts to contact the Defendant to review same with him but, to date, has been unable to make contact and, therefore, would respectfully request that this Honorable Court extend the Deadline to respond.

3. That this Motion is not made for purposes of delay but, for meritorious reasons.

---

**This Document Prepared By:**

Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Website - Hotspringslawyer.net
Electronic Mail - tjm@tjmlegal.com

*United States of America vs. Kenneth Wayne Smith*
Motion to Extend Deadline
  To Respond to Pre-Sentence Investigation Report

---

**WHEREFORE,** this attorney would humbly request that this Honorable Court extend the Deadline set herein; and all relief to which this Honorable Court would deem appropriate.

Respectfully submitted,

By: **Travis J. Morrissey, Arkansas Bar #99033**
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com
Website – Hotspringslawyer.net

### CERTIFICATE OF SERVICE

I, Travis J. Morrissey, do hereby certify that I have sent a true and correct copy of the foregoing herein to Stephanie Long and to Bryan Achorn via the Electronic Mail to insure delivery, on this the 15th day of February, 2024, to-wit:

By: **Travis J. Morrissey**